# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

129728

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEON LAVIL WILSON,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129728
COA: 255632
Kent CC: 03-003846-FC

_____/

      On order of the Court, the application for leave to appeal the September 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

t0123

_____
Clerk